MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

E. PAUL CAULEY, JR. (*pro hac vice* to be sought)
Paul.Cauley@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street., Suite 5400
Dallas, TX 75201-7367
Telephone: (469) 357-2500
Facsimile: (469) 327-0860

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHY BASHAW, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,<br><br>Defendants. | Case No. 4:18-cv-07292-HSG<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL; DECLARATION OF MATTHEW J. ADLER IN SUPPORT**<br><br>Complaint Filed: November 30, 2018 |

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CONSOLIDATION; ADLER DECL.

CASE NO. 4:18-CV-07292-HSG

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WHEREAS, on November 30, 2018, Plaintiff Cathy Bashaw ("Plaintiff") filed a putative class action Complaint (Dkt. 1) against Defendants Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd.;

WHEREAS, on January 3, 2019, Plaintiff filed a Motion for Consolidation and Appointment of Interim Class Counsel (Dkt. 12) ("Motion for Consolidation"), which, among other things, seeks consolidation of this action with *Kerkorian v. Nissan North America, Inc. et al.*, No. 4:18-cv-07815-HSG (N.D. Cal. filed Dec. 31, 2018);

WHEREAS, Plaintiff's Motion for Consolidation is set for hearing on March 14, 2019;

WHEREAS, NNA's opposition or statement of nonopposition pursuant to Civil L.R. 7-3(b) is currently due on January 17, 2019, and Plaintiff's reply is currently due on January 24, 2019;

WHEREAS, Plaintiff and NNA have met and conferred through counsel and have agreed to modify the briefing schedule for Plaintiff's Motion for Consolidation, as set forth below;

WHEREAS, the stipulated modifications to the briefing schedule will not alter the March 14, 2019 hearing date or otherwise impact any other deadlines already set by the Court.

WHEREAS, by entering into this Stipulation, NNA does not waive, and hereby preserves, any and all defenses, objections, and motions available to it under federal or state law, including without limitation any defenses that it may raise under Federal Rule of Civil Procedure 12(b) or any other due order of pleadings motion;

THEREFORE, IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the briefing schedule for Plaintiff's Motion for Consolidation shall be modified as follows:

1. The deadline for NNA's opposition or statement of nonopposition shall be extended to and including February 7, 2019; and

2. The deadline for Plaintiff's reply shall be extended to and including February 28, 2019.

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CONSOLIDATION; ADLER DECL. - 2 - CASE NO. 4:18-CV-07292-HSG

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

IT IS SO STIPULATED.

Dated: January 15, 2019					BURSOR & FISHER, P.A.

								By: /s/ Joel D. Smith
								    L. Timothy Fisher
								    Joel D. Smith
								    Frederick J. Klorczyk III

								Attorneys for Plaintiff
								CATHY BASHAW


Dated: January 15, 2019					DRINKER BIDDLE & REATH LLP

								By: /s/ Matthew J. Adler
								    E. Paul Cauley, Jr.
								    Matthew J. Adler

								Attorneys for Defendant
								NISSAN NORTH AMERICA, INC.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Matthew J. Adler, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of January, 2019 in San Francisco, CA.

								/s/ Matthew J. Adler
								Matthew J. Adler

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CONSOLIDATION; ADLER DECL.		- 3 -		CASE NO. 4:18-CV-07292-HSG

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED.**

Date: January 16, 2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CONSOLIDATION; ADLER DECL.

- 4 -

CASE NO. 4:18-CV-07292-HSG