1  PAUL J. RIEHLE (SBN 115199)
   Paul.Riehle@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   Matthew.Adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
4  San Francisco, California 94111-4180
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  E. PAUL CAULEY, JR. (*pro hac vice*)
   Paul.Cauley@dbr.com
7  DRINKER BIDDLE & REATH LLP
   1717 Main Street, Suite 5400
8  Dallas, TX 75201-7367
   Telephone:    (469) 357-2500
9  Facsimile:    (469) 327-0860

10 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHY BASHAW, ROBERT GARNEAU, NANCY HOUSELL, and JEFFREY OLKOWSKI on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,<br><br>Defendants. | Case No. 4:18-cv-07292-HSG<br>Case No. 4:18-cv-07815-HSG<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND DEFENDANT NISSAN NORTH AMERICA, INC.'S RESPONSE THERETO** |
| VAUGHN KERKORIAN and DAVID TURNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO., LTD,<br><br>Defendants. | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER RE CONSOLIDATED AMENDED COMPLAINT AND NNA'S RESPONSE

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

WHEREAS, on November 30, 2018, Plaintiff Cathy Bashaw filed a putative class action Complaint in this Court against Nissan North America, Inc. ("NNA") and Nissan Motor Co., Ltd. ("NML") captioned *Bashaw v. Nissan North America, Inc. et al.*, No. 4:18-cv-07292-HSG ("*Bashaw*");

WHEREAS, on December 31, 2018, Plaintiffs Vaughn Kerkorian and David Turner filed a putative class action Complaint in this Court against NNA and NML captioned *Kerkorian et al. v. Nissan North America, Inc. et al.*, No. 4:18-cv-07815-HSG ("*Kerkorian*");

WHEREAS, on January 3, 2019, Plaintiff Bashaw filed a Motion for Consolidation and Appointment of Interim Class Counsel (*Bashaw* Dkt. 12) ("Motion for Appointment"), which, among other things, sought consolidation of the *Bashaw* and *Kerkorian* actions;

WHEREAS, on February 7, 2019, NNA filed in the *Bashaw* and *Kerkorian* actions a Motion to Dismiss or Transfer for Improper Venue or, In the Alternative, Transfer for Convenience ("Motions to Transfer") (*Bashaw* Dkt. 19; *Kerkorian* Dkt. 23);

WHEREAS, on February 28, 2019, Plaintiffs in *Bashaw* filed a First Amended Class Action Complaint adding additional Plaintiffs Robert Garneau, Nancy Housell, and Jeffrey Olkowski (*Bashaw* Dkt. 28);

WHEREAS, on March 5, 2019, the Court held a Case Management Conference ("CMC") in *Bashaw* and *Kerkorian* and determined that it was appropriate in the immediate term to consolidate *Bashaw* and *Kerkorian* as an administrative device;

WHEREAS, at the CMC, the parties stipulated to the consolidation of *Bashaw* and *Kerkorian* for administrative purposes without prejudice to the substantive or procedural rights of the parties and further agreed this administrative consolidation cannot be used against Plaintiffs or NNA in any future motions or proceedings in this action or act as a waiver of any rights or concession to any substantive or procedural position taken by the other;

WHEREAS, by minute order on March 6, 2019, the Court terminated the Motions to Transfer as moot in light of the First Amended Class Action Complaint in *Bashaw* and the impending Consolidated Amended Complaint, and directed the parties to file a stipulation and proposed order "setting a 1) date for the filing of a consolidated complaint, 2) briefing schedule

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER RE CONSOLIDATED AMENDED COMPLAINT AND NNA'S RESPONSE
- 2 -
CASE NO. 4:18-cv-07292-HSG
CASE NO. 4:18-cv-07815-HSG

for the anticipated motion to dismiss after the consolidated complaint is filed, and 3) hearing date for the anticipated motion to dismiss and the motions currently pending" (*Bashaw* Dkt. 33; *Kerkorian* Dkt. 34);

WHEREAS, Plaintiffs and NNA have met and conferred through counsel and have agreed to the schedule set forth below;

THEREFORE, IT IS HEREBY STIPULATED by the parties, through their respective counsel, as follows:

1. *Bashaw* and *Kerkorian* are hereby consolidated for administrative purposes without prejudice to the substantive or procedural rights of the parties;

2. Plaintiffs shall have until March 22, 2019 to file their Consolidated Amended Complaint;

3. NNA shall have until April 22, 2019 to answer or other otherwise respond to the Consolidated Amended Complaint;

4. If NNA files a motion in response to the Consolidated Amended Complaint, the briefing schedule shall be as follows:

   a. Plaintiffs shall have until May 20, 2019 to file their opposition;
   b. NNA shall have until June 10, 2019 to file its reply;
   c. NNA shall notice the hearing for June 27, 2019, or such other date as directed by the Court;

5. The April 11, 2019 hearing on the Motion for Appointment shall be continued to June 27, 2019, or such other date as directed by the Court;

**IT IS SO STIPULATED.**

Dated: March 11, 2019  BURSOR & FISHER, P.A.

By: /s/ Joel D. Smith
L. Timothy Fisher
Joel D. Smith
Frederick J. Klorczyk III

Attorneys for Plaintiffs

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER RE CONSOLIDATED AMENDED COMPLAINT AND NNA'S RESPONSE

- 3 -

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG

Dated: March 11, 2019

DRINKER BIDDLE & REATH LLP

By: /s/ Paul J. Riehle
    Paul J. Riehle
    E. Paul Cauley, Jr. (*pro hac vice*)
    Matthew J. Adler

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Paul J. Riehle, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of March, 2019, in San Francisco, CA.

    /s/ Paul J. Riehle
    Paul J. Riehle

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.** The cases captioned: Bashaw v. Nissan North America, Inc. et al, Case No. 18-cv-07292-HSG; Kerkorian v. Nissan North America, Inc. et al, Case No. 18-cv-07815-HSG are hereby consolidated. The earliest-filed civil action, Case No. 18-cv-07292-HSG, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil action, Case No. 18-cv-07815-HSG. All future filings should be done in the lead case (Case No. 18-cv-07292-HSG) only and should be captioned "In re Nissan North America, Inc. Litigation."

Date: March 12, 2019

    *Haywood S. Gilliam Jr.*
    Hon. Haywood S. Gilliam, Jr.
    UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER RE CONSOLIDATED AMENDED COMPLAINT AND NNA'S RESPONSE

- 4 -

CASE NO. 4:18-CV-07292-HSG
CASE NO. 4:18-CV-07815-HSG