PAUL J. RIEHLE (SBN 115199)
Paul.Riehle@dbr.com
MATTHEW J. ADLER (SBN 273147)
Matthew.Adler@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

E. PAUL CAULEY, JR. (*pro hac vice*)
Paul.Cauley@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street., Suite 5400
Dallas, TX 75201-7367
Telephone:   (469) 357-2500
Facsimile:   (469) 327-0860

Attorneys for Defendants
NISSAN NORTH AMERICA, INC. and
NISSAN MOTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 4:18-cv-07292-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT NISSAN MOTOR CO., LTD. TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT AND MODIFYING BRIEFING SCHEDULE**<br><br>Complaint Filed:  November 30, 2018 |

STIPULATION AND ORDER EXTENDING DEADLINE
FOR NML TO RESPOND TO CCAC AND MODIFYING
BRIEFING SCHEDULE

CASE NO. 4:18-CV-07292-HSG

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | WHEREAS, on March 22, 2019, Plaintiffs filed their Consolidated Class Action Complaint |
| 2 | ("CCAC") (Dkt. 38); |
| 3 | WHEREAS, after Plaintiffs served Defendant Nissan Motor Co., Ltd. ("NML") through the |
| 4 | Hague Convention with the superseded *Bashaw* Complaint, NML proposed to waive service and |
| 5 | respond to the CCAC sixty (60) days thereafter, resulting in an agreement whereby NNL agreed to |
| 6 | waive service of the CCAC and to respond to the CCAC in forty-five (45) days (Dkt. 39); |
| 7 | WHEREAS, NML, an entity organized under the laws of Japan, needs an additional fifteen |
| 8 | (15) days to prepare its response to the CCAC, consistent with NML's initial request for sixty (60) |
| 9 | days; |
| 10 | WHEREAS, Plaintiffs and NML have met and conferred through counsel regarding the |
| 11 | deadline for NML to respond to the CCAC, as well as certain modifications to the briefing schedule |
| 12 | in the event that NML responds by way of a motion(s), and have reached the agreement set forth |
| 13 | below, pursuant to Civil L.R. 6-1(a); |
| 14 | WHEREAS, the timing modifications set forth in this stipulation do not alter the date of any |
| 15 | event or any deadline already set by the Court; |
| 16 | **THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective |
| 17 | counsel, as follows: |
| 18 | 1. The deadline for NML to answer or otherwise respond to the CCAC shall be |
| 19 | extended fifteen (days) to and including June 14, 2019. |
| 20 | 2. If NML files a motion(s) in response to the CCAC, the briefing schedule shall be as |
| 21 | follows: |
| 22 |     a. Plaintiffs shall have until July 15, 2019 to file their opposition(s); |
| 23 |     b. NML shall have until August 5, 2019 to file its reply (or replies); and |
| 24 |     c. NML shall notice the hearing for the earliest date that is available for the Court, |
| 25 |        subject to the availability of counsel. |
| 26 | / / / |
| 27 | / / / |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER EXTENDING DEADLINE
FOR NML TO RESPOND TO CCAC AND MODIFYING     - 1 -     CASE NO. 4:18-CV-07292-HSG
BRIEFING SCHEDULE

3. This agreement shall not be deemed a waiver by NML of personal jurisdiction or any other defense in this or any other case.

4. This agreement shall not be deemed a general appearance or a waiver of NML's right to challenge the Court's personal jurisdiction over it. This agreement shall not be used to claim that NML is subject to personal jurisdiction.

**IT IS SO STIPULATED.**

Dated: May 24, 2019                    BURSOR & FISHER, P.A.

By: /s/ Joel D. Smith
L. Timothy Fisher
Joel D. Smith
Frederick J. Klorczyk III

Attorneys for Plaintiffs

Dated: May 24, 2019                    DRINKER BIDDLE & REATH LLP

By: /s/ Paul J. Riehle
Paul J. Riehle
E. Paul Cauley, Jr. (*pro hac vice*)
Matthew J. Adler

Attorneys for Defendants
NISSAN NORTH AMERICA, INC. and
NISSAN MOTOR CO., LTD.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Paul J. Riehle, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of May 2019, in San Francisco, CA.

/s/ Paul J. Riehle
Paul J. Riehle

/ / /

/ / /

STIPULATION AND ORDER EXTENDING DEADLINE FOR NML TO RESPOND TO CCAC AND MODIFYING BRIEFING SCHEDULE — - 2 - — CASE NO. 4:18-CV-07292-HSG

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# **ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: May 28, 2019

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE