1  PAUL J. RIEHLE (SBN 115199)
   Paul.Riehle@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   Matthew.Adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
4  San Francisco, California 94111-4180
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  E. PAUL CAULEY, JR. (*pro hac vice*)
   Paul.Cauley@dbr.com
7  DRINKER BIDDLE & REATH LLP
   1717 Main Street., Suite 5400
8  Dallas, TX 75201-7367
   Telephone:    (469) 357-2500
9  Facsimile:    (469) 327-0860

10 Attorneys for Defendants
   NISSAN NORTH AMERICA, INC. and
11 NISSAN MOTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Nissan North America, Inc. Litigation | Case No. 4:18-cv-07292-HSG<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR DEFENDANT NISSAN MOTOR CO., LTD.'S MOTION TO DISMISS; DECLARATION OF PAUL J. RIEHLE IN SUPPORT**<br><br>Complaint Filed: November 30, 2018 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER MODIFYING BRIEFING SCHEDULE FOR NML'S MOTION TO DISMISS

CASE NO. 4:18-CV-07292-HSG

120084180.1

|   |   |
|---|---|
| 1 | WHEREAS, on March 22, 2019, Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") (Dkt. 38); |
| 2 | |
| 3 | WHEREAS, on May 24, 2019, the parties filed a stipulation (Dkt. 46) regarding the deadline and briefing schedule for Defendant Nissan Motor Co., Ltd.'s ("NML") response to the CCAC; |

WHEREAS, on March 22, 2019, Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") (Dkt. 38);

WHEREAS, on May 24, 2019, the parties filed a stipulation (Dkt. 46) regarding the deadline and briefing schedule for Defendant Nissan Motor Co., Ltd.'s ("NML") response to the CCAC;

WHEREAS, on May 28, 2019, the Court granted the stipulation and set June 14, 2019 as the deadline for NML's response, with Plaintiffs' opposition due on July 15, 2019 and NML's reply due August 5, 2019 (Dkt. 47);

WHEREAS, on June 14, 2019, NML filed its Motion to Dismiss Plaintiffs' CCAC Pursuant to Rules 12(b)(6), 9(b) and 8(a) (Dkt. 49) and noticed the hearing for October 24, 2019;

WHEREAS, also on June 14, 2019, NML filed a Notice of Joinder (Dkt. 51), which joined in and incorporated by reference the arguments made in Defendant Nissan North America, Inc.'s ("NNA") pending Motion to (1) Dismiss or Transfer for Improper Venue or, in the Alternative, Transfer for Convenience or, Alternatively, (2) Dismiss Portions of Plaintiffs' CCAC (Dkt. 42);

WHEREAS, on June 27, 2019, the Court held a hearing on NNA's motion, which NML had joined, and took the matter under submission (Dkt. 55);

WHEREAS, on July 15, 2019, Plaintiffs filed their Opposition (Dkt. 57) to NML's Motion to Dismiss;

WHEREAS, Plaintiffs' opposition responds to the arguments NML asserted in its Motion to Dismiss and also addresses an argument that NNA had made in its motion to dismiss, which NML had joined but not otherwise briefed;

WHEREAS, in light of the foregoing, and due to the press of urgent business in other matters handled by NML's counsel, the counsel for NML contacted Plaintiffs' counsel to request a ten (10) day extension to prepare its reply;

WHEREAS, Plaintiffs and NML have met and conferred through counsel regarding an extension of the deadline for NML to file its reply in support of its motion to dismiss, and have reached the agreement set forth below, pursuant to Civil L.R. 6-1(a);

**THEREFORE, IT IS HEREBY STIPULATED** by the parties, through their respective

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER MODIFYING
BRIEFING SCHEDULE FOR NML'S MOTION TO
DISMISS
120084180.1

- 1 -

CASE NO. 4:18-CV-07292-HSG

counsel, that the deadline for NML to file its reply shall be extended by 10 days, to and including August 15, 2019.

**IT IS SO STIPULATED.**

Dated: July 31, 2019					BURSOR & FISHER, P.A.

							By:    /s/ Joel D. Smith
							     L. Timothy Fisher
							     Joel D. Smith
							     Frederick J. Klorczyk III

							Attorneys for Plaintiffs

Dated: July 31, 2019					DRINKER BIDDLE & REATH LLP

							By:    /s/ Paul J. Riehle
							     Paul J. Riehle
							     E. Paul Cauley, Jr. (*pro hac vice*)
							     Matthew J. Adler

							Attorneys for Defendants
							NISSAN NORTH AMERICA, INC. and
							NISSAN MOTOR CO., LTD.

**Attestation Pursuant to Civil Local Rule 5-1(i)**

Pursuant to Civil Local Rule 5-1(i), I, Paul J. Riehle, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of July 2019 in San Francisco, CA.

							     /s/ Paul Riehle
							     Paul J. Riehle

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: 8/1/2019						Hon. Haywood S. Gilliam, Jr.
							UNITED STATES DISTRICT JUDGE